IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DERRICK RENARD JOHNSON                                              PLAINTIFF

v.                          No. 3:16-cv-113-DPM

MARTY BOYD, Sheriff, Craighead County
Jail; MOORE, Corporal, Craighead County
Jail; BARNETT, Officer, Craighead County
Jail; PHILLIP, Officer, Craighead County Jail;
and PEASTER, Officer, Craighead County Jail            DEFENDANTS

ORDER

1. Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Johnson's complaint will be dismissed without prejudice for failure to state a claim.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 July 2016