IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DERRICK RENARD JOHNSON     PLAINTIFF

v.     No. 3:16-cv-113-DPM

MARTY BOYD, Sheriff, Craighead County
Jail; MOORE, Corporal, Craighead County
Jail; BARNETT, Officer, Craighead County
Jail; PHILLIP, Officer, Craighead County Jail;
and PEASTER, Officer, Craighead County Jail     DEFENDANTS

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 July 2016